1 | ASCENSION LAW GROUP
2 | PAMELA TSAO( 266734)
    17802 Irvine Blvd.
    Suite A117
3 | Tustin, CA 92780
    PH: 714.783.4220
4 | FAX: 888.505.1033
    Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff THANH VO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VO, an individual<br><br>        Plaintiff,<br><br>   vs.<br><br>ALDOR HOLDINGS, LP, a limited partnership;<br><br>        Defendants. | Case No.: 8:19-cv-00068-DOC-JDE<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [21]**<br><br>[Hon. David O. Carter *presiding*] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice" and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated May 23, 2019

*David O. Carter*
DAVID O. CARTER
U.S. District Judge